FILED

2017 JUN -5 PM 4:52

US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
IN ADMIRALTY

SUNRISE BOAT MARINA, INC.,

Plaintiff,

v.

Case No.: 6:17-CV-1009-ORL-18-TBS

NATIONAL MARITIME SERVICES, INC.,

Defendant.

______________________________/

## COMPLAINT

COMES NOW the Plaintiff, Sunrise Boat Marina, Inc., by and through undersigned counsel, and hereby sues National Maritime Services, Inc., and in support thereof states as follows:

1. This is an action for damages.
2. This is an Admiralty and Maritime claim within the meaning of Rule 9(h) of the Federal Rules of Civil Procedure and is within the Admiralty subject matter jurisdiction of this Court based upon 28 U.S.C. §1333, and the U.S. Constitution, Article III, Section 2.
3. Plaintiff, Sunrise Boat Marina, Inc., is a Florida corporation doing business in Brevard County, Florida.
4. Sunrise Boat Marina, Inc., owns Sunrise Marina located on Glen Cheek Drive in Cape Canaveral Florida. The marina has boat slips for 17 vesselx and provides marina services including a fuel dock.
5. National Maritime Services, Inc., is a Florida corporation doing business statewide including Brevard County, Florida.

6. National Maritime Services, Inc., acts as substitute custodians for the U.S. Marshall's Service for vessels brought under the jurisdiction of the court.

7. On April 5th, 2016, National Maritime Services was appointed substitute custodian for the vessel M/V Master Braxton located in Port Canaveral, Florida. (See Case 6:16-cv-00586-JA-GJK [DE 5-1].)

8. As substitute custodian, National Maritime Services, Inc., was responsible for the care and custody of the Master Braxton. (See [DE 5-1].)

9. As substitute custodian, National Maritime Services tied the M/V Braxton to a derelict tug located just to the west of Sunrise Marina.

10. Beginning on October 4, 2016, the U.S Coast Guard Sector Jacksonville began issuing Marine Safety Information Bulletins advising that vessels to leave Port Canaveral ahead of Hurricane Matthew. Vessels that chose to remain in the Port were required to receive permission from the Remain in Port Liaison Officer. (Exhibit 1)

11. National Maritime Services did not make arrangements to have the M/V Master Braxton removed from the Port, did not request permission to remain in the Port, and did not secure the Master Braxton in a manner or in an area where it would not break loose and cause damage during the storm.

12. On October 6th and 7th, 2016, Hurricane Matthew blew through Port Canaveral. The M/V Master Braxton broke loose from its mooring and smashed into Sunrise Marina causing serious damage to its facilities including docks and the fuel dock and forcing Sunrise Marina to be closed for several days.

13. Venue is proper in this District where both parties do business and where the events leading to this suit occurred.

**COUNT I – NEGLIGENCE**

14. On October 6th and 7th, 2016, Hurricane Matthew plowed through Port Canaveral, Florida.

15. Several warnings were given by the Canaveral Port Authority prior to the storm advising port tenants to secure their vessels. (Exhibit 1)

16. As substitute custodian, National Maritime Services had a duty to secure the M/V Braxton during the storm to prevent damage to property located in the Port, including Sunrise Marina.

17. National Maritime Services breached their duty when they failed to secure the M/V Master Braxton in anticipation of a hurricane and the vessel broke loose during the storm causing serious damage to Sunrise Marina.

18. As a result of National Maritime Services breach of duty to secure the M/V Braxton, the vessel broke loose during Hurricane Matthew and smashed into the docks at Sunrise Marina causing damage in excess of $240,000.00.

WHEREFORE, Plaintiff Sunrise Boat Marina, Inc., respectfully requests this Court to enter judgment for damages in its favor together with interest and the costs of this suit.

Respectfully submitted,

*s/ Joanne M. Foster*

Joanne M. Foster FBN 134635
Guy Yudin & Foster, LLP
55 East Ocean Blvd.
Stuart FL 34994
772-286-7372 x207
772-220-3318 (fax)
jfoster@guyyudinlaw.com
Attorney for Sunrise Boat Marina, Inc.